IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| MICHELLE MEEKS,<br><br>Plaintiff,<br><br>vs.<br><br>NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC. d/b/a DASUQUIN; JACK VAUGHN d/b/a WINNING IMAGES, INC.; IPROMOTEU.COM, INC.; and JOHN DOES 1-10,<br><br>Defendants. | CV 19–88–M–DLC<br><br>ORDER |

Before the Court is Defendant Nutramax Laboratories' ("Nutramax") Unopposed Motion to Vacate Scheduling Order (Doc. 54) on account that iPromoteu, Inc. has just filed a Third-Party Complaint against Leedsworld, Inc. who has not yet made an appearance in this case. Nutramax anticipates that Leedsworld's participation in the case will require relief from the existing deadlines. This is not necessarily the case.

As explained to the parties at the Court's Rule 26(f) conference, all deadlines prior to the motions deadline may be adjusted by stipulation. (Doc. 27 at 3.) As the motions deadline is not until June 1, 2020, the Court believes that there is sufficient time for Leedsworld to file its Answer and for all parties to

1

engage in discovery before that time. As also explained to the parties, delaying the trial setting is disfavored. Accordingly,

IT IS ORDERED that the Motion (Doc. 54) is DENIED.

DATED this 15th day of January, 2020.

*Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court