IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MICHELLE MEEKS, | CV 19–88–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC. d/b/a DASUQUIN; JACK VAUGHN d/b/a WINNING IMAGES, INC.; IPROMOTEU.COM, INC.; and JOHN DOES 1-10, | |
| Defendants. | |

The parties having filed a joint motion for dismissal pursuant to Rule 41. (Doc. 65.)

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 24th day of April, 2020.

_____
Dana L. Christensen, District Judge
United States District Court